**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____  Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rockin Artwork, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3671665** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **20720 Ventura Blvd., Suite 200** **Woodland Hills, CA 91364** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Rockin Artwork, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Rockin Artwork, LLC**                                                    Case number (*if known*) _____
           Name

---

**11. Why is the case filed in** *this district?*   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

DocuSign Envelope ID: B9305DEE-2FD6-4D50-854A-EBD94F450EF1

| Debtor | **Rockin Artwork, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| ■ Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 9, 2019**
MM / DD / YYYY

X _____        **Andrew Pitsicalis**
Signature of authorized representative of debtor        Printed name

Title     **Managing Member**

**18. Signature of attorney**     X _____        Date     **January 9, 2019**
Signature of attorney for debtor        MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone     **(310) 229-1234**     Email address

**185520 CA**
Bar number and State

## RESOLUTIONS OF ROCKIN ARTWORK, LLC
## AUTHORIZING FILING OF PETITION UNDER
## <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, Andrew Pitsicalis, hereby certify as follows:

At a special meeting of members of Rockin Artwork, LLC (the "Company"), and based on recent developments with respect to the Company, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> **RESOLVED**, that Andrew Pitsicalis ("Pitsicalis") is hereby authorized to determine, based upon current and subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> **FURTHER RESOLVED**, that Pitsicalis is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Pitsicalis is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Pitsicalis deems necessary and proper in connection with the Company's bankruptcy case;

> **FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

> **FURTHER RESOLVED**, that Pitsicalis is hereby authorized and directed on behalf of and in the name of the Company to execute a

pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  January 9, 2019

Rockin Artwork, LLC,

_____

By:    Andrew Pitsicalis
Its:    Managing Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rockin Artwork, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 9, 2019**    X _____
                      Signature of individual signing on behalf of debtor

                      **Andrew Pitsicalis**
                      Printed name

                      **Managing Member**
                      Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Debtor name | Rockin Artwork, LLC |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Angotti Designs, LLC**<br>**Laura Angotti, CEO**<br>**3404 Cloudcroft Dr.**<br>**Malibu, CA 90265** | | **pending litigation** | **Disputed Subject to Setoff** | | | **$0.00** |
| **BIC Corporation**<br>**Maeve Rothman, Staff Attorney**<br>**One BIC Way, Suite 1**<br>**Shelton, CT 06484-6299** | | **pending litigation** | **Disputed Subject to Setoff** | | | **$0.00** |
| **C-Life Group, LTD**<br>**Hymie Shamah, President**<br>**1400 Broadway, 7th Floor**<br>**New York, NY 10018** | | **pending litigation** | **Disputed Subject to Setoff** | | | **$0.00** |
| **Carmen Andolina Partners and Players;** | | **pending litigation** | **Disputed Subject to Setoff** | | | **$0.00** |
| **Employment Development Department**<br>**Bankruptcy Group**<br>**MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | | | | | | **Unknown** |
| **Firefly Brand Management LLC**<br>**Cynthia Modders, Owner/CEO**<br>**8315 Morro Rd. #101**<br>**Atascadero, CA 93422** | | **pending litigation** | **Disputed Subject to Setoff** | | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rockin Artwork, LLC**
_____    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Franchise Tax Board Special Procedures POB 2952 Sacramento, CA 95812** | | | | | | **Unknown** |
| **Freeze, a division of Central Mills Charlie Tebele, President 1400 Broadway, Suite 1605 New York, NY 10018** | | pending litigation | **Disputed Subject to Setoff** | | | **$0.00** |
| **Grassroots Clothing, LLC Ryan Connolly, CEO 6900 E 47th Ave., Dr., Suite 100 Denver, CO 80216** | | pending litigation | **Disputed Subject to Setoff** | | | **$0.00** |
| **Green Cures & Botanical Distributio Rich Thomas, CFO 11222 S La Cienega Blvd Inglewood, CA 90304** | | pending litigation | **Disputed Subject to Setoff** | | | **$0.00** |
| **Internal Revenue Service Insolvency I Stop 5022 300 N. Los Angeles St., #4062 Los Angeles, CA 90012-9903** | | | | | | **Unknown** |
| **Kurt S. Adler, Inc. Cliff Adler, President 122 East 42nd St. New York, NY 10168** | | pending litigation | **Disputed Subject to Setoff** | | | **$0.00** |
| **Shukat Arrow Hafer Weber & Herbsman Dorothy M. Weber, Esq. 494 Eighth Avenue, Suite 600 New York, NY 10001** | | pending litigation | **Disputed Subject to Setoff** | | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik 185520**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **185520 CA** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re:<br><br>     **Rockin Artwork, LLC**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of   **3**   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **January 9, 2019**                                          _____
                                                                                   Signature of Debtor 1


Date:  _____                    _____
                                                                                   Signature of Debtor 2 (joint debtor) ) (if applicable)


Date:  **January 9, 2019**                                          _____
                                                                                   Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Rockin Artwork, LLC
20720 Ventura Blvd., Suite 200
Woodland Hills, CA 91364


David B. Golubchik
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


Angotti Designs, LLC
Laura Angotti, CEO
3404 Cloudcroft Dr.
Malibu, CA 90265


BIC Corporation
Maeve Rothman, Staff Attorney
One BIC Way, Suite 1
Shelton, CT 06484-6299


C-Life Group, LTD
Hymie Shamah, President
1400 Broadway, 7th Floor
New York, NY 10018


Carmen Andolina
Partners and Players


Crain Law Group, LLC
Michael Owen Crain, Esq
297 Prince Avenue, Suite 24
Athens, GA 30601

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Firefly Brand Management LLC
Cynthia Modders, Owner/CEO
8315 Morro Rd. #101
Atascadero, CA 93422


Firefly Brand Managment LLC
c/o Cynthia Modders
PO Box 6045
Arnold, CA 95223


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


Freeze, a division of Central Mills
Charlie Tebele, President
1400 Broadway, Suite 1605
New York, NY 10018


Grassroots Clothing, LLC
Ryan Connolly, CEO
6900 E 47th Ave., Dr., Suite 100
Denver, CO 80216


Green Cures & Botanical Distributio
Rich Thomas, CFO
11222 S La Cienega Blvd
Inglewood, CA 90304


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Kurt S. Adler, Inc.
Cliff Adler, President
122 East 42nd St.
New York, NY 10168


LECLAIR RYAN, LLP
Christiane Cargill Kinney, Esq.
725 S Figueroa St., Suite 350
Los Angeles, CA 90017


Shukat Arrow Hafer Weber & Herbsman
Dorothy M. Weber, Esq.
494 Eighth Avenue, Suite 600
New York, NY 10001